# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 30, 2012**

| | | |
|---|---|---|
| 29587 | State v. Eid | Affirmed |
| 28578 | State v. Magsayo | Affirmed |

**April 2, 2012**

| | | |
|---|---|---|
| 29868 | Jou v. Schmidt | Affirmed |

**April 3, 2012**

| | | |
|---|---|---|
| 30100 | State v. Villanueva | Affirmed |

**April 4, 2012**

| | | |
|---|---|---|
| 30703 | State v. Castro | Affirmed |
| 30727 | State v. Waszily | Affirmed |

**April 9, 2012**

| | | |
|---|---|---|
| 30701 | State v. Avilla | Affirmed |

**April 12, 2012**

| | | |
|---|---|---|
| 29966 | Dias v. Akiu | Dismissed |

**April 20, 2012**

| | | |
|---|---|---|
| CAAP–10–00 00107 | State v. Manoa | Affirmed |

**April 23, 2012**

| | | |
|---|---|---|
| 29005 | Fitzgerald v. Fitzgerald | Affirmed |

**April 27, 2012**

| | | |
|---|---|---|
| CAAP–10–00 00101 | State v. Mundon | Vacated, Affirmed and Remanded |
| CAAP–10–00 00032 | Tamman v. Tamman | Affirmed |